## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| **GARY DEAN BRYANT** § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | NO. | **P:20-CV-00020** |
| § | | |
| **BRIAN COLLIER, ET AL.** § | | |
| *Defendants*. § | | |

### ORDER OF DISMISSAL

On October 28, 2020, the Magistrate Court issued a Report and Recommendation in this case. The Report and Recommendation was returned undelivered and the envelope marked "UTF." Court personnel contacted the Texas Department of Criminal Justice (TDCJ) and was informed Plaintiff departed TDCJ on September 14, 2020. Plaintiff has not provided the court with a change of address.

The court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff failed to provide the court with a change of address, his case is dismissed.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and for failure to provide the Court with a change of address.

It is so **ORDERED**.

SIGNED this 4th day of December, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE